# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>HYATT CORPORATION,<br><br>Defendant. | Case No: 3:19-cv-7658 TSH<br><br>~~[PROPOSED]~~ ORDER |

Upon Joint Motion and good cause shown,

IT IS HEREBY ORDERED dismissing the above case; each party to bear their own fees and costs.

DATED this __6th__ day of __October_____, 2020.

_____
THOMAS S. HIXSON
United States Magistrate Judge